OPINION — AG — **** CONTRACTS — PENALTIES — STATE IMMUNITY **** THE UNIVERSITY OF OKLAHOMA MAY NOT, IN THE ABSENCE OF EXPRESS STATUTORY AUTHORITY, PLACE A PROVISION, TO-WIT: "THIS PARAGRAPH 8.3 DOES NOT EXCLUDE THE RECOVERY OF DAMAGES FOR DELAY BY EITHER PARTY UNDER OTHER PROVISIONS OF THE CONTRACT DOCUMENTS," IN ITS CONSTRUCTION CONTRACTS WHICH WOULD PURPORT TO WAIVE ITS IMMUNITY TO CIVIL SUIT FOR DAMAGES ROBERT D. MCDONALD